EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| INTEGRACIÓN DE SALAS**Error! Bookmark not defined.** DE VERANO | RESOLUCION ENMENDADA 2000 TSPR 122 |
|---|---|

Número: ES-2000-02

Fecha: 28/07/2000

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

RESOLUCIÓN ENMENDADA
(NUNC PRO TUNC)

San Juan, Puerto Rico a 28 de julio de 2000

Se enmienda Nunc Pro Tunc nuestra resolución del pasado 9 de junio de 2000, para que lea del siguiente modo:

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas Especiales de Despacho para funcionar durante el receso:

Del lro. de julio al 15 de agosto de 2000

Hon. Francisco Rebollo López, Presidente
Hon. Miriam Naveira de Rodón
Hon. Jaime B. Fuster Berlingeri

Del 16 de agosto al 30 de septiembre de 2000

Hon. José A. Andréu García, Presidente
Hon. Federico Hernández Denton
Hon. Baltasar Corrada del Río
Hon. Efraín E. Rivera Pérez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

Publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.


Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo